IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2020
David J. Bradley, Clerk

| | |
|---|---|
| EUGENE ETHRIDGE, SR., *Individually, and as representative of the estate of* EUGENE ETHRIDGE. JR., *deceased, et al.,*  §§§§§§ Plaintiffs, § § vs. § § FORT BEND COUNTY, TEXAS, *et al.*, §§§ *Defendants,* § | Civil Action No.: 4:17-cv-2815 **JURY DEMANDED** |

## ORDER DISCHARGING *GUARDIAN AD LITEM*, DISMISSING THIS LAWSUIT WITH PREJUDICE, AND ENTRY OF FINAL TAKE-NOTHING JUDGMENT

IT IS ORDERED that the *Guardian Ad Litem* previously appointed in this matter, Megan Daic, is ~~hereby~~ DISCHARGED from ~~any~~ further duties.

IT IS ~~FURTHER~~ ORDERED, ~~ADJUDGED and DECREED~~ that Plaintiffs ~~shall~~ recover nothing from Defendants, and that this lawsuit is ~~hereby~~ DISMISSED WITH PREJUDICE, with each party to bear their respective costs of Court.

THIS IS A FINAL JUDGMENT, and all relief sought herein which is not expressly granted here~~in~~ is ~~hereby~~ expressly DENIED.

SIGNED this __13__ day of __August__ 2020.

_____
HONORABLE JUDGE LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE